Andrew J. Fishkin, Esq. SBN 237845
Law Office of Andrew J. Fishkin P. C.
1215 "L" Street
Bakersfield, CA 93301
Tel:    661-322-6776
Fax:    661-322-6770
info@lawyerfish.com

Attorney for Defendant
SERGIO AVILA-CORONEL

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | NO. 1:11-CR-00180-001 LJO |
| ) | |
| **Plaintiff,** ) | STIUPLATION |
| ) | |
| vs. ) | TO ADVANCE HEARING DATE |
| ) | |
| **SERGIO AVILA-CORONEL** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |
| ) | |

**TO THE HONORABLE JUDGE LAWRENCE J. O'NEILL OF SAID COURT:**

   PLEASE TAKE NOTICE, that defendant, SERGIO AVILA-CORONEL, and his attorney of record ANDREW J. FISHKIN, respectfully request that the hearing now scheduled for July 29, 2011, be advanced to July 15, 2011, at 9:00 a.m. Counsel will be out of the country from July 25, 2011 to July 29, 2011.  The Assistant U.S. Attorney's office stipulates to the above date and time.

///

///

RESPECTFULLY, submitted this 17th day of June 2011.

/S/

_____

Andrew J. Fishkin, Esq.

Attorney for Defendant

**<u>STIPULATION</u>**

                                        /S/

Date: June 17, 2011          By: _____

                                    IAN L. GARRIQUES

                                    Assistant United States Attorney


                                        /S/

Date: June 17, 2011          By: _____

                                    ANDREW FISHKIN, ESQ.

                                    Attorney for Defendant

                                    SERGIO AVILA-CORONEL

**ORDER**

This Court, having reviewed the Stipulation of the undersigned parties, hereby orders that defendant Sergio Avila-Coronel's hearing date be advance to July 15, 2011 at 9:00 a.m.

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF KERN**

I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action. My business address is 1215 "L" Street, Bakersfield, CA 93301.

On June 17, 2011 I served the foregoing document (s) described below on the interested parties in this action **(CASE NO.: 1:11-CR-00180-001 LJO)**:

**"STIPULATIO TO ADVANCE HEARING DATE**

[ ] (By Mail)   I have caused said envelope, with postage thereon fully prepaid to be placed in the United States Mail at Bakersfield, California to the addresses as stated below:

[ ] (BY FEDERAL EXPRESS)   I have caused said envelope to be placed in the Federal Express depository at Bakersfield, California.

[ ] (By Personal Service)   I have caused said envelope to be delivered by hand to the addresses stated below:

[X] (By CM/ECF)   I have electronically filed this document through CM/ECF Court Filing System.

Ian Garriques

BENJAMIN B. WAGNER

United States Attorney

2500 Tulare Street, Suite 4401

Fresno, CA   93721

[ ] (By Fax)   I have caused said documents to be transmitted via facsimile to the fax number below:

[ ] (STATE)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (FEDERAL)   I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on June 17, 2011 at Bakersfield, CA 93301.

/S/

_____

Andrew J. Fishkin, Esq.

Attorney for Defendant

IT IS SO ORDERED.

Dated: __**June 20, 2011**__          __**/s/ Lawrence J. O'Neill**__
                                      UNITED STATES DISTRICT JUDGE